IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Alexis Ann Jacobs,** | : | |
| | : | Case No. 2:10-cv-00912-GCS-MRA |
| **Plaintiff,** | : | |
| | : | District Judge Smith |
| vs. | : | |
| | : | Magistrate Judge Abel |
| **Acacia Chattanooga Vehicle Auction, Inc.,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## AGREED DISMISSAL ENTRY

The Parties having reached a settlement, all claims asserted herein are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) <u>with prejudice</u>.

_____
United States District Judge

AGREED:

/s/ Alan G. Starkoff by John B. Kopf III
with emailed authority dated February 28, 2012
Alan G. Starkoff (0003286), Trial Attorney
Katherine G. Manghillis (0077307)
Schottenstein Zox & Dunn Co., L.P.A.
250 West Street
Columbus, Ohio 43215
(614) 462-1087
(614) 228-4846 (fax)
astarkoff@szd.com
kmanghillis@szd.com
*Attorneys for Alexis Ann Jacobs, Keith E. Whann, CAA Liquidation, LLC, and Auction Venture Limited Liability Company*

[SIGNATURES CONTINUED ON NEXT PAGE]

1

and

/s/ Robin M. Wilson by John B. Kopf III
<u>with emailed authority dated February 28, 2012</u>
Robin M. Wilson (0066604), Trial Attorney
John B. Kopf III (0075060)
Scott A. Campbell (0064974)
Thompson Hine LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215
(614) 469-3200
(614) 469-3361 (fax)
robin.wilson@thompsonhine.com
scott.campbell@thompsonhine.com
john.kopf@thompsonhine.com

*Attorneys for Acacia Automotive, Inc., Acacia Chattanooga Vehicle Auction, Inc., and Steven L. Sample*